No. 146, Misc.  OUTCAULT v. TEETS, WARDEN;
No. 162, Misc.  ROBERTSON v. MARYLAND;
No. 171, Misc.  BURKHOLDER v. UNITED STATES;
No. 172, Misc.  KRELL v. SOUTH CAROLINA;
No. 173, Misc.  BYERS v. UNITED STATES;
No. 188, Misc.  BURKHOLDER v. UNITED STATES;
No. 196, Misc.  WADLINGTON v. SAIN, SUPERINTEND-
ENT, CHICAGO HOUSE OF CORRECTION;
No. 197, Misc.  TAYLOR v. SWOPE, WARDEN;
No. 202, Misc.  SHAFFER v. MAY, SUPERINTENDENT,
ILLINOIS SECURITY HOSPITAL; and
No. 213, Misc.  ALLBEE v. WEBB, WARDEN, ET AL.
Motions for leave to file petitions for writs of habeas
corpus denied.

No. 180, Misc.  PINER v. UNITED STATES.  Motion for
leave to file petition for writ of certiorari denied.

No. 187, Misc.  CURRY v. UNITED STATES; and
No. 193, Misc.  SMITH v. NEW YORK.  Applications
denied.

No. 198, Misc.  TAYLOR v. ROCHE, U. S. DISTRICT
JUDGE.  Motion for declaratory judgment denied.

No. 235, Misc.  EX PARTE KEDROFF ET AL.  Motion for
leave to file petition for writ of mandamus denied.  MR.
JUSTICE BLACK and MR. JUSTICE DOUGLAS would issue a
rule to show cause why leave to file should not be granted.
*Philip Adler* for petitioners.

No. 389.  WALTERS ET AL. v. CITY OF ST. LOUIS ET AL.
Appeal from the Supreme Court of Missouri.  Probable
jurisdiction noted.  *Harry H. Craig* for appellants.